#60816

FILED

2010 OCT 15 PM 4:05

**UNCLAIMED FUNDS**

OCTOBER 14, 2010



07-63168    BRIAN JAMES BURNS
TINA  LOU ANNE BURNS
CREDITOR DID NOT CASH CHECK
CHECK #456040 FOR $19.15
CHMCA PHYSICIANS BILLING
326 LOCUST ST #200
AKRON, OH  44302

07-63591    THOMAS BROWNING
CLARICE BROWNING
CREDITOR DID NOT CASH CHECK
CHECK #456041 FOR $688.82
WELLS FARGO HOME MTG
ONE HOME CAMUPS
DES MOINES, IA  50328

```
                                          P
                                    0 · *

                              19 · 15 +
                             688 · 82 +
                             707 · 97 *
```